UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. REGINALD ANDERSON, SBI# 528699E

11 CR 177

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum     ( ) Ad Testificandum

1. REGINALD ANDERSON (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2. The Detainee is

   charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint
   with a violation of Title 18 U.S.C. § 1951.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Post Office & Courthouse, Federal Square, Courtroom 4, Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on Tuesday, April 26, 2011, at 9:00 a.m., for a arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 20, 2011

Fabiana Pierre-Louis
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 4/20/11

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:

WE COMMAND YOU that you have the body of

REGINALD ANDERSON, SBI# 528699E

now confined at the Essex County Correctional Facility, brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office & Courthouse, Federal Square, Newark, NJ, on Tuesday, April 26, 2011 at 9:00 a.m., in civilian clothes, so that the Detainee may have an initial appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 4/20/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk